## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

ILLINOIS CENTRAL RAILROAD COMPANY                              PLAINTIFF

VS.                                    CIVIL ACTION NO. 5:06cv160-DCB-JMR

WILLIE R. HARRIED, A/K/A
WILLIAM ROY HARRIED                                            DEFENDANT

### ORDER

This cause is before the Court on the defendant's Motion to Remand [**docket entry no. 8**].  Having reviewed the Motion, applicable statutory and case law, and being otherwise fully apprised as to the premises, the Court orders as follows:

On November 22, 2006, Illinois Central Railroad Company filed this diversity action against Willie R. Harried, a/k/a William Roy Harried in the United States District Court for the Southern District of Mississippi, Western Division.  On December 18, 2006, the defendant filed his answer [docket entry no. 5] and a Motion to Remand [docket entry no. 6]. Federal district courts are courts of limited jurisdiction.  These jurisdictional limits are imposed by Congress.  See U.S. Const. art III, § 1.  Similarly, the rules concerning removal and remand are functions of the legislative process.  Consequently, a suit originally filed in federal court cannot be remanded to state court.[1]  See 28 U.S.C. § 1447. Accordingly,

---

[1] The Court renders no decision on the propriety of the defendant's argument for dismissal.

-1-

IT IS HEREBY ORDERED that the defendant's Motion to Remand [**docket entry no. 8**] is **DENIED**.

SO ORDERED, this the   21st   day of December, 2006.

                                                    s/ David Bramlette
                                         UNITED STATES DISTRICT JUDGE