**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

ILLINOIS CENTRAL RAILROAD COMPANY                               PLAINTIFF

VERSUS                         CIVIL ACTION NO. 5:06-cv-160-DCB-JMR

WILLIE R. HARRIED, a/k/a WILLIAM
ROY HARRIED, AND WILLIAM S. GUY
AND THOMAS W. BROCK                                            DEFENDANTS

CONSOLIDATED WITH

ILLINOIS CENTRAL RAILROAD COMPANY                               PLAINTIFF

VERSUS                         CIVIL ACTION NO. 5:07-cv-18-DCB-JMR

WARREN R. TURNER, WILLIAM S. GUY
AND THOMAS W. BROCK                                            DEFENDANTS

**AMENDED ORDER**

This is an amendment to the Court's prior Order [**docket entry no. 238**] on February 22, 2010.  In its Order on page nine (9), the Court required the District Court Clerk for the Southern District of Mississippi to seal the exhibits attached to docket entry number 206.  However, the exhibits attached to docket entry number 205 should be sealed.  Therefore, the Court orders the District Court Clerk for the Southern District of Mississippi to seal the exhibits attached to docket entry number 205.

**SO ORDERED AND ADJUDGED** this the 22nd day of February 2010.

                                    s/ David Bramlette
                               **UNITED STATES DISTRICT JUDGE**