```
            UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

ILLINOIS CENTRAL RAILROAD COMPANY                          PLAINTIFF

VERSUS                          CIVIL ACTION NO. 5:06-cv-160-DCB-JMR

WILLIE R. HARRIED, a/k/a WILLIAM
ROY HARRIED, AND WILLIAM S. GUY
AND THOMAS W. BROCK                                       DEFENDANTS

CONSOLIDATED WITH

ILLINOIS CENTRAL RAILROAD COMPANY                          PLAINTIFF

VERSUS                           CIVIL ACTION NO. 5:07-cv-18-DCB-JMR

WARREN R. TURNER, WILLIAM S. GUY
AND THOMAS W. BROCK                                       DEFENDANTS

## JUDGMENT ON JURY VERDICT

This case having come on for trial in open Court, and the Court having jurisdiction of the parties and the subject matter, and all parties having personally appeared and by their counsel announced ready for trial, there came a jury of eight good and lawful men and women, who, being duly qualified, sworn and empaneled, did hear the evidence and arguments of counsel and received instructions of the Court and who then retired to consider their verdict, and who thereupon returned into open Court the following unanimous verdict, to-wit:

> We, the jury, find for the Defendants Willie Harried and Warren Turner as to the Plaintiff's claim of fraud against each Defendant.
>
> We, the jury, find for the Plaintiff Illinois Central Railroad Company on its claims of

> fraud and claims of breach of the duty of good faith and fair dealing against the Defendants William Guy and Thomas Brock.
>
> We, the jury, find that the Plaintiff Illinois Central Railroad's compensatory damages are $210,000.00.
>
> We, the jury, find that the Plaintiff Illinois Central Railroad's punitive damages are $210,000.00.

Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants Willie Harried and Warren Turner, and the Complaint is dismissed with prejudice as to these defendants.

**IT IS FURTHER ORDERED** that judgment is entered in favor of the Plaintiff Illinois Central Railroad Company and against Defendants William Guy and Thomas Brock, in the amount of $210,000.00 for compensatory damages and $210,000.00 for punitive damages.

**IT IS FURTHER ORDERED** that judgment is entered in favor of the Plaintiff Illinois Central Railroad Company and against the Defendants William Guy and Thomas Brock for prejudgment interest in the amount of $20,949.76 for the Warren Turner settlement and $16,126.42 for the Willie Harried settlement, with total prejudgment interest in the amount of $37,076.18.

**SO ORDERED,** this the 24th day of March 2010.

                                               s/ David Bramlette
                                     **UNITED STATES DISTRICT JUDGE**